UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-23795-CIV-HUCK/WHITE

NORWIN GUZMAN,

    Petitioner,

vs.

WALTER A. McNEIL, Secretary,
Florida Department of Corrections,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation [D.E. #54] by the Honorable Patrick A. White, United States Magistrate Judge, filed February 15, 2011, recommending that Petitioner's *pro se* petition for writ of habeas corpus be denied. On March 8, 2011, Petitioner filed objections to the Report and Recommendation [D.E. #55]. The Court reviewed *de novo* the Report and Recommendation, Petitioner's objections, the pertinent portions of the record, and is otherwise duly advised.

Accordingly, the Court overrules Petitioner's objections and adopts the findings of fact and conclusions of law as stated in Judge White's report. For the reasons stated in the report, the petition is denied. The case is dismissed, and the Clerk is directed to close this case. Because the Court finds that Petitioner has not made a substantial showing of a denial of a constitutional right, no Certificate of Appealability shall issue.

DONE AND ORDERED in Chambers, Miami, Florida, on March 11, 2011.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick White
Counsel of Record
Guzman, Norwin, DC #M44365
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583